FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUSTIN MURRAY,       Plaintiff

v.

WACHOVIA BANK, NATIONAL
ASSOCIATION and
NCO FINANCIAL SYSTEMS, INC.

Case No.

3:10-cv-283-J-25TEM

Defendant
_____/

## NOTICE OF REMOVAL OF DEFENDANT NCO FINANCIAL SYSTEMS, INC.

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant NCO Financial Systems, Inc., ("NCO"), hereby removes the above captioned civil action from the County Court in and for Duval County, Florida, to the United States District Court for the Middle District of Florida. The removal of this civil case is proper because:

1. Defendants Wachovia Bank, National Association and NCO Financial Systems, Inc. are the only defendants in this civil action in the County Court in and for Duval County, Florida filed on January 15, 2010 and titled *"Rustin Murray v. Wachovia Bank, National Association and NCO Financial Systems, Inc."* (hereinafter, the State Court Action").

2. NCO removes this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692 ("FDCPA"), as the Plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Attached hereto as **Exhibit 1** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

4. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Clerk of the County Court in and for Duval County, Florida.

WHEREFORE, Defendant hereby removes to this Court the State Court Action.

Respectfully submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Elizabeth Fite Blanco, Esq.
Florida Bar No.: 0644439
Dayle M. Van Hoose, Esq.
Florida Bar No.: 061277
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive; Suite 195
Tampa, FL 33618
Telephone: 813-890-2465
Facsimile: 866-466-3140
kgrace@sessions-law.biz
eblanco@sessions-law.biz
dvanhoose@sessions-law.biz

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of March, 2010 a copy of the foregoing document was sent via facsimile and U.S. Mail First Class to: Wendell Finner, 340 Third Avenue South, Suite A, Jacksonville Beach, Florida 32250-6767.

/s/ Kenneth C. Grace
Attorney