IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

RUSTIN MURRAY

       Plaintiff,

vs.

CASE NO.

DIVISION:
16- 2010-SC-000058    -XXXX-MA

WACHOVIA BANK, NATIONAL ASSOCIATION
301 SOUTH COLLEGE STREET
CHARLOTTE, NORTH CAROLINA 28288
    Serve On:
    FLORIDA SECRETARY OF STATE *PER FLA. STAT. 48.181*
    2661 EXECUTIVE CENTER CIRCLE W.
    TALLAHASSEE, FL 32399

3:10-cv-283-J-25TEM

and

NCO FINANCIAL SYSTEMS, INC.
    Serve On:
    C T CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION FL 33324 US

       Defendants.

_____

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Rustin Murray, by his undersigned attorney hereby sues Wachovia Bank National Association, (Creditor) and NCO Financial Systems, Inc., (Debt Collector), and for his Complaint states as follows:

1. This is an action for damages not in excess of $5,000.00, exclusive of costs, interests and attorney's fees.

2. Plaintiff is a resident of Florida.

3. Debt Collector is an entity qualified to do business in Florida.

4. Creditor is conducting business illegally in Florida without registration.

**COUNT I – Unlawful Collection Practices by Wachovia National Bank Association**

1

5. Mr. Murray had an alleged debt to Creditor.

6. On November 10, 2009, Mr. Murray, through counsel, advised Creditor that he was represented by counsel and requested that Creditor cease all direct contact with him. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.[1]

7. The November 10, 2009 communication to Creditor placed Creditor on notice that (a) Mr. Murray was represented by counsel with regard to the debt, and (b) Mr. Murray did not wish to be contacted directly again by Creditor.

8. Creditor, by and through its agent, Debt Collector, willfully communicated with Mr. Murray by means of a letter dated December 9, 2009 and December 11, 2009 (attached hereto as Exhibit B) and telephone call December 11, 2009, even though it knew he was represented by counsel.

9. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act, Fl. Stat. § 559.72 (18).

WHEREFORE, Plaintiff, Rustin Murray, demands judgment against Defendant, Wachovia National Bank Association, for actual and statutory damages, together with punitive damages, pre- and post- judgment interest, attorney's fees and costs of suit.

## COUNT II – Unlawful Collection Practices by NCO Financial Systems, Inc.

10. Mr. Murray incorporates the allegations of paragraphs 1 through 9, above.

11. Upon information and belief, Debt Collector, as a matter of policy, practice and procedure, does not inquire of Creditor whether a consumer is represented by an attorney before

---

[1] The fax sent to Creditor included a notice of representation, which stated "PLEASE TAKE NOTICE that Wendell Finner is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns. I authorize and instruct my creditors to disclose such information to Mr. Finner as he may request, and to direct all communications to him as my attorney." The notice was signed by Mr. Murray and contained his social security number to assist recipients in identifying affected accounts. Due to the inclusion of Mr. Murray's social security number, the Notice of Representation is not filed herewith.

communicating with that consumer in attempt to collect a debt, but attempts to keep from learning this information in order to maximize collections.

12. Debt Collector willfully communicated with Mr. Murray by sending him the December 9, 2009 and December 11, 2009 letters and making the December 11, 2009 telephone call.

13. The communication from Debt Collector to Mr. Murray constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, and the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692c.

WHEREFORE, Plaintiff, Rustin Murray, demands judgment against Defendant, NCO Financial Services, Inc., for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit

## COUNT III – Injunctive Relief

14. Mr. Murray incorporates by reference paragraphs 1 through 13 of this Complaint.

15. Mr. Murray will be irreparably damaged should Creditor and Debt Collector continue their illegal and harassing communications to him.

WHEREFORE, Plaintiff, Rustin Murray, demands judgment against Defendants, Wachovia National Bank Association and NCO Financial Systems, Inc., permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Mr. Murray or any other person in connection with the alleged debt, and awarding Mr. Murray punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

WENDELL FINNER, Florida Bar No. 0093882
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767
(904) 242-7070
*Attorney for Plaintiff*

3