IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUSTIN MURRAY,

    Plaintiff,

vs.                                        Case No. 3:10-cv-00283

WACHOVIA BANK, NATIONAL ASSOCIATION
and NCO FINANCIAL SYSTEMS, INC.

    Defendants.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Rustin Murray, and defendants, NCO Financial Systems, Inc. ("NCO") and Wachovia Bank, National Association ("Wachovia"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against NCO and Wachovia with each side to bear its own fees and costs.

Dated, this 17th day of May, 2010.

/s/Wendell Finner
Wendell Finner
340 Third Avenue South
Suite A
Jacksonville Beach, FL 32250-6767
Telephone: (904) 242-7070
*Counsel for Plaintiff*
*Rustin Murray*

/s/Kenneth C. Grace
Kenneth C. Grace
Sessions, Fishman, Nathan & Israel, LLP
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2460
*Counsel for Defendant*,
*NCO Financial Systems, Inc.*

/s/Matthew G. Brenner
Matthew G. Brenner
Lowndes, Drosdick, Doster, Kantor & Read, P.A.
P.O. Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 418-6352
*Counsel for Wachovia Bank, National Association*

\\sfnfs02\prolawdocs\6947\6947-25720\Murray, Rustin\115050.doc