UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RUSTIN MURRAY**,

    Plaintiff,

v.                                            CASE NO. 3:10-cv-283-J-25TEM

**WACHOVIA BANK, NATIONAL ASSOCIATION**
and **NCO FINANCIAL SYSTEMS, INC.**,

    Defendants.

_____

## O R D E R

Before the Court is the parties' Stipulation (Dkt. 5).  Pursuant thereto, it is

**ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of May, 2010.

*[signature]*
HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record